# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1-04-1282 |
| | ) |
| HAMILTON-RYKER GROUP, LLC | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

It being represented by the parties that they have stipulated to dismissal with prejudice of all claims before this Court

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed with prejudice, each party to bear its own costs.

_____
United States District Judge

Date: 5 August 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:04-CV-01282 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT